JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JANELL A. F.,                                        )        CASE NO. CV 20-7244-AGR
                            Plaintiff,               )
                                                     )        JUDGMENT
            vs.                                      )
                                                     )
KILOLO KIJAKAZI, Acting                              )
Commissioner of Social Security,                     )
                                                     )
                            Defendant.               )
_____  )

        IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff.  The

decision of the Commissioner is reversed and this matter is remanded for calculation

of disability insurance benefits.

DATED: July 31, 2023          _____
                                        ALICIA G. ROSENBERG
                                        United States Magistrate Judge